1

2

3

4

5

6

7

8

9

10                       UNITED STATES DISTRICT COURT

11                            DISTRICT OF NEVADA

12

13   F. NED MASIN and LYNN MASIN,              )         Case No. 3-08-cv-00550-RCJ-VPC
                                               )
14                    Plaintiffs,              )
                                               )
15        v.                                   )         ORDER GRANTING
                                               )
16   VISTAKON PHARMACEUTICALS,                 )         **REQUEST TO ENTER JUDGMENT
     LLC;   CARTUS CORPORATION;                )         ON UNCONTESTED MOTION
17   JOHNSON & JOHNSON, INC.; and              )         AND VACATE HEARING**
     COLDWELL BANKER INCLINE                   )
18   VILLAGE REALTY,                           )
                                               )
19                    Defendants.              )
                                               )
20   _____)

21       Defendant Johnson & Johnson (incorrectly named in this action as Johnson & Johnson,

22   Inc.) requests the Court to enter judgment in its favor on its uncontested motion to dismiss for lack

23   of subject matter jurisdiction (Document 88) and to vacate the hearing presently scheduled on that

24   motion for October 12, 2010. This request is based on the motion to dismiss for lack of subject

25   matter jurisdiction, the notice of non-opposition filed by plaintiffs (Document 90), the Court's

26   order dismissing the plaintiffs' RICO claim as against defendants Vistakon Pharmaceuticals, LLC,

27

28

MORRIS PETERSON
ATTORNEYS AT LAW
(100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

1  Cartus Corporation and Coldwell Banker Incline Village Realty (Document 87), and Local Rule 7-

2  2 (d).

3

4       DATED this 20th day of August 2010.

5                                           MORRIS PETERSON

6                                           By____/s/ Suellen Fulstone_____
7                                                   Suellen Fulstone

8                                           Attorneys for Johnson & Johnson

9

10

11  ORDER

12  IT IS SO ORDERED.

13  DATED: This 24th day of August, 2010

14

15

16  ROBERT C. JONES
17  United States District Judge

18

19

20

21

22

23

24

25

26

27

28

MORRIS PETERSON
ATTORNEYS AT LAW
5100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

2